UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:	Chapter 11

ODYSSEY PROPERTIES III, LLC,	Case No. 8:10-bk-18713-CPM
et al.,

        Debtors.

(Jointly Administered with cases
8:10-bk-18715-CPM; 8:10-bk-18718-CPM;
8:10-bk-18719-CPM; 8:10-bk-18720-CPM;
8:10-bk-18721-CPM; 8:10-bk-18723-CPM;
8:10-bk-18725-CPM; 8:10-bk-18728-CPM;
and 8:10-bk-18730-CPM)

_____/

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing in these jointly administered cases has been scheduled for **August 26, 2010, at 4:00 p.m.** in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida 33602, before The Honorable Catherine Peek McEwen, United States Bankruptcy Judge, on the following matters:

    1.	Motion for Approval of Management Agreements and for Authority to Make Payments to Century Asset Management, Inc. (Docket No. 6);

    2.	Application to Employ Stichter, Riedel, Blain & Prosser, P.A. as Counsel for Debtors in Possession *Nunc Pro Tunc to Petition Date* (Docket No. 16); and

    3.	Motion to Assume Management Agreement, or in Alternatively, Application to Employ William Maloney and Bill Maloney Consulting as Chief Restructuring Officer *Nunc Pro Tunc to August 2, 2010* (Docket No. 17).

*Appropriate attire*: Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

*Avoid delays at courthouse security checkpoints:* You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse

absent a specific order of authorization issued beforehand by the presiding judge.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

    DATED:   August 3, 2010

                                        */s/ Edward J. Peterson, III*
                                        Harley E. Riedel (FBN 183628)
                                        Edward J. Peterson, III (FBN 0014612)
                                        B. Michael Bachman, Jr. (FBN 0014139)
                                        Stichter Riedel Blain & Prosser, P.A.
                                        110 East Madison Street, Suite 200
                                        Tampa, Florida   33602
                                        (813) 229-0144 – Phone
                                        (813) 229-1811 – Fax
                                        hriedel@srbp.com
                                        epeterson@srbp.com
                                        mbachman@srbp.com
                                        Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of August 2010, a true and correct copy of the foregoing ***Notice of Hearing*** was forwarded through the Court's CM/ECF Noticing System, by E-Mail, or by U.S. Mail to:

**By CM/ECF**:

Office of the United States Trustee

**By E-Mail:**

Flagstar Bank
Gary W. Farris, Esq.
Burr & Forman LLP
171 Seventeenth St., NW
Suite 1100
Atlanta, GA  30363
gfarris@burr.com

Wells Fargo Bank, N.A.
c/o John Muratides, Esq.
P.O. Box 3299
Tampa, FL 33601
jmuratides@stearnsweaver.com

Wells Fargo Bank, N.A.
c/o Brooks C. Morel, Esq.
201 17th St. NW, #1700
Atlanta, GA 30363
brooks.morel@nelsonmullins.com

Branch Banking & Trust Co.
c/o Gary W. Johnson, Esq.
P.O. Box 1171
Orlando, FL 32802
gjohnson@carltonfields.com

Branch Banking & Trust Co.
c/o R. Russell Berry, Esq.
271 17th St. NW, #2400
Atlanta, GA 30363
rberry@wcsr.com

Alif 1 Trucking
David Crosby, Esq
1800 Century Blvd NE
Atlanta, GA  30345
Dcrosby@crosby-associates.net

Cleveland Construction
Michael P. Davis
191 Peachtree St.
Atlanta, GA  30303
michael.davis@chamberlainlaw.com

Cowin Equipment
Sheetal Desai, Esq
3140 Overland Drive
Roswell, GA  30075
sdesai@bglawgroup.net

Ferguson Enterprises
Andrew Becker
5755 N. Point Pkwy. #284
Alpharetta, GA 30022
abecker@merbaumlawgroup.com

Greg Holland, Inc.
100 Howell Ave
Fairburn, GA  30213
gregh@greghollandinc.com

Rhino Rolloffs
Eddie Hartness
620 Spring Street SE
Gainesville, GA  30501
elhartness@bellsouth.net

Simco Interiors
Kin Picker, Esq.
P.O. Box 923624
Norcross, GA  30010
kin@rkpjrlaw.com

Zala L. Forizs, Esq.
Forizs & Dogali PL
4301 Anchor Plaza Pkwy
Suite 300
Tampa, FL  33634-7521
zforizs@forizs-dogali.com

Peter Munson, Esq.
  as Indenture Trustee for Noteholders
Wanda H. Golson, Esq.
Golson Legal, P.A.
1724 E. 5th Ave.
Tampa, FL  33605
wandagolson@golsonlegal.com

Peter J. Munson, Esq.
  As Indenture Trustee for Noteholders
1611 Harden Blvd.
Lakeland, FL  33803-1826
pmunson7@aol.com

**By U.S. Mail:**

All remaining creditors

                                         */s/ Edward J. Peterson, III*
                                         Edward J. Peterson, III