UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11

ODYSSEY PROPERTIES III, LLC,                        Case No.: Case No. 8:10-bk-18713-CPM
et al.,

                                                    (Jointly Administered with cases

Debtors.                                            8:10-bk-18715-CPM; 8:10-bk-18718-CPM;
                                                    8:10-bk-18719-CPM; 8:10-bk-18720-CPM;
                                                    8:10-bk-18721-CPM; 8:10-bk-18723-CPM;
                                                    8:10-bk-18725-CPM; 8:10-bk-18728-CPM;
                                                    and 8:10-bk-18730-CPM)

_____/

**OBJECTION TO DEBTORS' EMERGENCY MOTION FOR AUTHORITY
TO OBTAIN POSTPETITION FINANCING AND GRANT SENIOR LIENS,
SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS AND ADEQUATE
PROTECTION PURSUANT TO 11 U.S.C. 364(c) AND (d) AND F.R.B.P. 4001**
(Doc. No. 14)

BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, as successor-in-interest to Colonial Bank by asset acquisition from the FDIC as Receiver for Colonial Bank ("**BB&T**"), by and through its undersigned counsel, files this Objection to *Debtor's Emergency Motion For Authority To Obtain Postpetition Financing And Grant Senior Liens, Superpriority Administrative Expense Status And Adequate Protection Pursuant To 11 U.S.C. 364(C) And (D) And F.R.B.P. 4001* (Doc. No. 14) (the "**DIP Motion**"), and states the following:

1.      Debtors Odyssey Properties III, LLC, Odyssey (III) DP XI, LLC, Odyssey (III) DP XVII, LLC, Century (III) DP III, LLC, Odyssey (III) DP Ill, LLC, Century/AG — Avondale, LLC, Paradise Shoppes at Apollo Beach, LLC, CRF-Panther IX, LLC, GPP — Cobb, LLC, and Walden Woods III, Ltd., (hereinafter referred to collectively as the "**Jointly Administered**

**Debtors**") filed Voluntary Petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on August 2, 2010.

2. On August 3, 2010, the Jointly Administered Debtors filed the DIP Motion, seeking authority to enter into a post-petition lending arrangement with certain insiders of the Jointly Administered Debtors (the "**Insiders**"), whereby the Insiders will provide funding for certain post-petition operating and administrative expenses in exchange for superpriority administrative status and, in certain instances, a senior security interest in the collateral pledged of the various Jointly Administered Debtors' prepetition lenders (the **"Lenders"**).

3. BB&T is a secured creditor of Debtors Century (III) DP III, LLC (Case No. 8:10-bk-18723-CPM); Odyssey (III) DP III, LLC (Case No. 8:10-bk-18718-CPM); and Odyssey (III) DP XI, LLC (Case No. 8:10-bk-18725-CPM) (collectively, as "**BB&T's Debtors**").

4. Debtor Odyssey (III) DP XI, LLC owns and operates Alexander Crossings, a 44,674 square foot retail and office complex located in Plant City, Florida.

5. Debtors Century (III) DP III, LLC and Odyssey (III) DP III, LLC each own fifty percent (50%) of Golfview Self Storage, a self storage facility located in Lake Wales, Florida.

6. BB&T objects to the entry of an Order granting the DIP Motion because many of the Jointly Administered Debtors, and in particular, BB&T's Debtors, have not shown a true emergency need for any DIP Facility[1] at this stage in the cases. In fact, the only operating shortfall for BB&T's Debtors is caused by the improper inclusion of legal and professional fees in the amount of $3,056.00 in the three-week operating budget. See DIP Motion Exh. B. Alexander Crossings shows a positive cash flow and Golfview Self Storage would show a positive cash flow without any DIP funding if not for the legal and professional fees. Id. Thus,

---

[1] Capitalized terms not defined in this Objection have the meaning given in the DIP Motion.

not only is there no emergency need for the extraordinary relief requested in the DIP Motion, but there not even a legitimate need by BB&T's Debtors for financing at this time.

7. BB&T objects to the extraordinary relief requested by the Jointly Administered Debtors in the DIP Motion:

(i) to the extent the DIP Motion, according to the three week budgets attached as Exhibit B, seeks the ability to pay legal and professional fees of the Insiders and Jointly Administered Debtors on a weekly basis or outside of the normal Chapter 11 procedures;

(ii) to the extent the Jointly Administered Debtors are seeking the ability to borrow funds secured by priming liens without oversight and without providing any evidence of a legitimate need for tenant improvements, the terms of the Funded Leases, or the lack of a viable alternative; and

(iii) to the extent "the lien granted to the DIP Lender will be senior to all prepetition and postpetition liens of the Lenders and all other parties in the assets and property of the Debtors." DIP Motion 17; See DIP Motion, Exh A at 3.

8. BB&T further objects to the extraordinary provisions of the DIP Facility as unreasonable and not in the best interest of the Jointly Administered Debtors or their creditors. In particular, the DIP Facility improperly attempts to limit the exposure of the Insiders and non-debtor guarantors by tying the maturity of all DIP Loans for any of the Jointly Administered Debtors to the filing of a suit by any Lender on a prepetition guaranty.

9. BB&T reserves the right to supplement this objection prior to a final hearing on the DIP Motion as additional information becomes available.

WHEREFORE, Branch Banking and Trust Company respectfully requests this Court enter an Order sustaining this objection, denying the DIP Motion, and granting any other relief that is equitable and just.

Respectfully submitted,

 /s/ David J. Lienhart
W. Glenn Jensen, Esquire
Florida Bar No. 0126070
gjensen@ralaw.com
David J. Lienhart, Esquire
Florida Bar No. 0034640
dlienhart@ralaw.com
**ROETZEL & ANDRESS**
CNL Center II, 7th Floor
420 S. Orange Avenue
P.O. Box 6507
Orlando, FL 32802-6507
Phone: (407) 896.2224
Fax:    (407) 835.3596
**COUNSEL FOR BRANCH BANKING AND TRUST COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the Court's cm/ecf system to all parties registered to receive electronic notice and by U.S. Mail on the 6th day of August, 2010, to the following: Debtor: Odyssey Properties III, LLC, 500 S. Florida Ave. Ste. 700, Lakeland, FL 33801; Debtor's Attorney: Edward J. Peterson, III, Stichter Riedel Blain & Prosser, P.A., 110 East Madison Street, Ste. 200, Tampa, FL 33602; the Office of the United States Trustee – TPA, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602; and the parties on the attached Local Rule 1007-2 list.

                            /s/ David J. Lienhart
                            David J. Lienhart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:10-bk-18713-CPM<br>Middle District of Florida<br>Tampa<br>Fri Aug  6 15:46:59 EDT 2010 | B Michael Bachman Jr.<br>Stichter, Riedel, Blaim & Prosser, P.A.<br>110 Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Branch Banking and Trust Company<br>c/o W. Glenn Jensen<br>PO Box  6507<br>Orlando, FL  32802-6507 |
| Drew M Dillworth<br>Stearns Weaver<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1536 | W Glenn Jensen<br>Roetzel & Andress LPA<br>420 South Orange Avenue<br>CNL Center II - 7th Floor<br>Orlando, FL 32801-3313 | David J Lienhart<br>Roetzel & Andress LPA<br>420 South Orange Avenue<br>CNL II - 7th Floor<br>Orlando, FL 32801-3313 |
| Andrew D McNamee<br>Stearns Weaver Miller et al<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1536 | Harold D Moorefield<br>150 West Flagler Street<br>Miami, FL 33130-1536 | Kristopher E Pearson<br>Stearns Weaver Miller<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1536 |
| Peter J. Munson, Trustee for<br>Secured 9.0% Noteholders<br>c/o Peter J. Munson, Esq.<br>1501 S. Florida Ave.<br>Lakeland, FL 33803-2258 | Edward J. Peterson III<br>Stichter, Riedel, Blain & Prosser, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Wells Fargo Bank, N.A.<br>c/o Andrew N. McNamee<br>Stearns Weaver Miller Weissler Alhadeff<br>150 W. Flagler St., #2200<br>Miami, FL 33130-1536 | Wells Fargo Bank, N.A.<br>c/o Drew M. Dillworth<br>Stearns Weaver Miller Weissler Alhadeff<br>150 W. Flagler St., #2200<br>Miami, FL 33130-1536 | Wells Fargo Bank, N.A.<br>c/o Harold D. Moorefield, Jr.<br>Stearns Weaver Miller Weissler Alhadeff<br>150 W. Flagler St., #2200<br>Miami, FL 33130-1536 |
| Wells Fargo Bank, N.A.<br>c/o Kristopher E. Pearson<br>Stearns Weaver Miller Weissler Alhadeff<br>150 W. Flagler St., #2200<br>Miami, FL 33130-1536 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |