UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:   Chapter 11

ODYSSEY PROPERTIES III, LLC,   Case No. 8:10-bk-18713-CPM
et al.,

    Debtors.

(Jointly Administered with cases
8:10-bk-18715-CPM; 8:10-bk-18718-CPM;
8:10-bk-18719-CPM; 8:10-bk-18720-CPM;
8:10-bk-18721-CPM; 8:10-bk-18723-CPM;
8:10-bk-18725-CPM; 8:10-bk-18728-CPM;
and 8:10-bk-18730-CPM)

_____/

**ORDER GRANTING SECOND AGREED MOTION FOR
EXTENSION OF PERIODS OF DEBTORS' EXCLUSIVE RIGHT
TO FILE CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES[1]**

THIS CASE came on for consideration without a hearing on the Debtors' Second Agreed Motion for Extension of Periods of Debtors' Exclusive Right to File Chapter 11 Plan and to Solicit Acceptances (Docket No. 142) (the "**Motion**"). The Court, having reviewed the Motion, it is

ORDERED that:

1. The Motion is granted.

2. The periods during which the Debtors have the exclusive right to file a Chapter 11 plan and to solicit acceptances is hereby extended as set forth below:

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

      a.     The 120-day time period during which the Debtors have the initial exclusive right to propose and file a plan of reorganization is extended through and including April 1, 2011.

      b.     The 180-day period during which the Debtors have the exclusive right to solicit acceptances of a plan is extended through and including May 31, 2011.

3.     The entry of this Order is without prejudice to the Debtors' rights to seek further extensions of exclusivity.

4.     The Court retains jurisdiction to resolve any disputes arising from this Order.

DONE AND ORDERED at Tampa, Florida on February 28, 2011.

_Catherine McEwen_

Catherine Peek McEwen
United States Bankruptcy Judge

Copies to:
Debtors, Debtors' Counsel, U.S. Trustee
LBR 1007-2 Parties in Interest Matrix.