UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ODYSSEY PROPERTIES III, LLC, *et al.*, | Case No.: 8:10-bk-18713-CPM |
| Debtors. _____/ | (Jointly Administered with cases 8:10-bk-18715-CPM; 8:10-bk-18718-CPM; 8:10-bk-18719-CPM; 8:10-bk-18720-CPM; 8:10-bk-18721-CPM; 8:10-bk-18723-CPM; 8:10-bk-18725-CPM; 8:10-bk-18728-CPM; and 8:10-bk-18730-CPM) |
| ODYSSEY (III) DP III, LLC | Case No.: 8:10-bk-18718-CPM |
| CENTURY (III) DP III, LLC | Case No.: 8:10-bk-18723-CPM |
| Applicable Debtors _____/ | |

**ORDER ON BRANCH BANKING AND TRUST
COMPANY'S MOTION TO DISMISS CHAPTER 11 CASES**
(Case No. 8:10-bk-18713-CPM, Doc. No 130)

THIS CASE came on for hearing at 11:00 a.m. on February 7, 2011, on Branch Banking and Trust Company's Motion to Dismiss Chapter 11 Cases with Supporting Memorandum of Law (the "**Motion**") (Doc. 130), filed against Debtors Odyssey (III) DP III, LLC, and Century (III) DP III, LLC (collectively, the "**Debtors**"). The Court having reviewed the Motion, having considered the representations of counsel at the hearing, being otherwise being fully advised in the premises, and for the reasons stated orally and recorded in open Court, which shall constitute the decision of the Court, it is

**ORDERED:**

1. The Motion is Granted as follows.

90572 v_02 \ 122734.0059

2. The Debtors' cases will be converted to cases under Chapter 7 of the U.S. Bankruptcy Code by a separate Order.

3. The Debtors are directed to pay all outstanding U.S. Trustee fees within 30 days of the entry of this Order.

DONE and ORDERED at Tampa, Florida, on February 28, 2011.

*Catherine M. McEwen*
CATHERINE PEEK McEWEN
United States Bankruptcy Judge

Copies to be provided via CM/ECF service.